**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1956**

_____

IN RE:  MONICA LYNN COLEMAN; COLEMAN CRATEN,
L.L.C.,

Debtors,

-----------------------------------------------

MONICA LYNN COLEMAN,

Debtor - Appellant,

versus

LORI S. SIMPSON, Chapter 7 Trustee,

Trustee - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.
(CA-04-3453-BEL; BK-99-56381; BK-99-56239; AP-99-5665)

_____

Submitted: September 28, 2006           Decided: October 4, 2006

_____

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Monica Lynn Coleman, Appellant Pro se.   Kevin Gerald Hroblak,
WHITEFORD, TAYLOR & PRESTON, L.L.P., Baltimore, Maryland, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Monica Lynn Coleman appeals the district court's order affirming the bankruptcy court's order denying her motion to reconsider its prior order denying her motion to replace the Chapter 7 trustee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Coleman v. Simpson</u>, No. CA-04-3453-BEL, BK-99-56381, BK-99-56239, AP-99-5665 (D. Md. July 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>